IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02029-EWN-MEH

TODD A. TREAT,

      Plaintiff,

v.

AMERICAN FURNITURE WAREHOUSE, CO.,

      Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on February 27, 2007.**

      Based upon the parties' agreement, and the entire record herein, the Unopposed Joint Motion for Entry of Attached Joint and Stipulated Protective Order [Filed February 22, 2007; Docket #16] is **granted**. The Court will sign the Protective Order and enter it on the record.