IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02029-EWN-MEH

TODD A. TREAT,

    Plaintiff,

v.

AMERICAN FURNITURE WAREHOUSE, CO.,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, April 6, 2007.**

    The parties' Unopposed Joint Motion to amend Expert Disclosure Designation and Expert Discovery Deadline [Filed April 5, 2007; Docket #22] is **granted**. The discovery deadlines are modified as follows:

| | |
|---|---|
| Expert disclosures: | April 30, 2007 |
| Rebuttal expert disclosures: | May 25, 2007 |
| Expert discovery: | June 1, 2007 |

The dispositive motion deadline remains unchanged as June 11, 2007.