IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Edward W. Nottingham**

Civil Action No. 06–cv–02029–EWN–MEH

TOOD A. TREAT,

    Plaintiff,

v.

AMERICAN FURNITURE WAREHOUSE,
CO., a Colorado corporation,

    Defendant.

---

### ORDER OF DISMISSAL OF ADA CLAIMS WITH PREJUDICE

---

This matter is before the court on the "Plaintiff's Voluntary Stipulated Motion to Dismiss His A.D.A. Claims" (#48) filed August 5. 2007. The court having read the motion to dismiss filed herein, and now being fully advised in the premises, it is

**ORDERED** that Plaintiff's A.D.A. claims are DISMISSED, with prejudice, each party to pay his, her or its own costs and attorneys' fees herein expended on the two claims.

DATED this 6th day of August, 2007.

                                              BY THE COURT:

                                              s/ Edward W. Nottingham
                                              EDWARD W. NOTTINGHAM
                                              Chief United States District Judge